# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10-CR-0339(6) (PJS/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| CRUZ ROSALES, | |
| Defendant. | |

Jeffrey S. Paulsen, Esq., Assistant United States Attorney, counsel for Plaintiff.

Michael C. Hager, Esq., Hager Law Office, counsel for Defendant Rosales.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated July 6, 2011. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendant Cruz Rosales's Motion to Dismiss the Indictment, [Docket No. 278], is **DENIED**.

Date: July 21, 2011

                                                                                    s/Patrick J. Schiltz
                                                                                   Patrick J. Schiltz
                                                                                   United States District Judge