# DOCUMENT REMOVED

# FILED UNDER SEAL

# PER COURT ORDER