UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10-CR-0339(6) (PJS/JJK) |
| Plaintiff, | |
| v. | ORDER |
| CRUZ ROSALES, | |
| Defendant. | |

Jeffrey S. Paulsen, UNITED STATES ATTORNEY'S OFFICE, for plaintiff.

Michael C. Hager, HAGER LAW OFFICE, for defendant Cruz Rosales.

This matter is before the Court on the motion of defendant Cruz Rosales to unseal certain documents.  For the reasons stated below, the Court denies the motion and orders that redacted versions of the documents be filed.  The Court also orders Rosales to file a redacted version of his motion to unseal.

I.  BACKGROUND

Rosales pleaded guilty to conspiring to distribute and distributing methamphetamine and other drugs and was recently sentenced to serve 42 months in prison.  Before he pleaded guilty, Rosales moved to suppress the fruits of a search at the Minneapolis/St. Paul International Airport that was conducted by an agent of the Transportation Security Administration ("TSA").  After two evidentiary hearings and multiple rounds of briefing, that motion was denied.  ECF Nos. 312, 340, 366.

Just before trial was scheduled to begin, the government asked that certain portions of the record relating to Rosales's suppression motion be placed under seal because they contain